IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )         8:00CR237
                                )
      v.                        )
                                )
RUBEN OLIVARES,                 )         ORDER
                                )
            Defendant.          )
_____)
```

      On May 4, 2007, the defendant appeared with counsel for a hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 30).  Defendant was present and represented by Glenn Shapiro.  Plaintiff was represented Maria Moran, Assistant United States Attorney.  The defendant had previously admitted the allegations in said petition.  The Court now accepts the report and recommendation of the magistrate judge (Filing No. 43) concerning these allegations.  The Court then proceeded to a dispositional hearing.

      IT IS ORDERED:

      1) Defendant's supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons for one (1) month, to run concurrently with the sentence imposed in 8:06CR211.

      2) Upon completion of his sentence in this case and the sentence in 8:06CR211, the defendant shall be placed on supervised release for a term of fifty-nine (59) months, to run

concurrently with the term of supervised release imposed in 8:06CR211.

    3) If defendant violates the terms of his supervised release, any sentence to be imposed as the result of such violation shall run consecutively to any sentence which may be imposed for violation of the terms of his supervised release in 8:06CR211.

    DATED this 4th day of May, 2007.

        BY THE COURT:

        /s/ Lyle E. Strom
        _____
        LYLE E. STROM, Senior Judge
        United States District Court